[No. 4038-7-II.   Division Two.   September 10, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WARREN
LESLIE FORREST, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 8541, Robert D. McMullen, J., entered January 2, 1980. *Affirmed* by unpublished opinion per Petrich,
J., concurred in by Reed, C.J., and Petrie, J.

[No. 9054-2-I.   Division One.   June 28, 1982.]

LARRY MCFADDEN, *Respondent,* v. BLAINE PETTY
COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 862261, Shannon Wetherall, J., entered June
19, 1980. *Affirmed as modified* by unpublished opinion per
James, J., concurred in by Swanson and Williams, JJ.

[No. 8866-1-I.   Division One.   September 15, 1982.]

PAUL J. ZEMAN, *Plaintiff,* v. PETER D. PRESTON,
ET AL, *Respondents,* HORST O. STACH,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 79-2-01650-9, Daniel T. Kershner, J.,
entered April 23, 1980. *Affirmed as modified* by unpublished per curiam opinion.